1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BRANDON PORTER
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  No. 10-mj-00314-DAD
                                    )
11                 Plaintiff,       )  RELEASE ORDER
                                    )
12      v.                          )
                                    )
13 BRANDON PORTER,                  )
                                    )
14                 Defendant.       )
                                    )
15                                  )
   _____ )
16

17        This matter came before the Court on October 21, 2010, for a

18 detention hearing following the initial appearance and proceedings

19 under Rule 5(c)(3) of the Federal Rules of Criminal Procedure

20 (Probation Violation Petition; W. Dist. TX; MO-10-CR-00066).   The

21 government was represented by its counsel, Assistant United States

22 Attorney, Jill Thomas for AUSA Michael Beckwith, and defendant Brandon

23 Porter was represented by Assistant Federal Defender Benjamin Galloway

24 for AUSA Lexi Negin.   Probation Officer Scott Storey was also present.

25        The Court was informed of the following:

26        1.   The defendant has remained compliant with the terms and

27 conditions of electronic monitoring;

28        2.   The defendant has completed 300 hours of community service

1  since July 28, 2010;

2      3.  The defendant has reported to his Probation Officer as

3  directed;

4      4.  The defendant has attended and participated in counseling

5  as directed;

6      5.  The toxicology report provided indicates the defendant

7  tested "clean" on September 1, September 17, and September 20, October

8  5, October 9, and October 15; and

9      6.  The defendant's father has attended court proceedings, and

10 has indicated to the Court that he will personally  provide for the

11 defendant's appearance in the Western District of Texas as directed.

12      For the foregoing reasons, the Court hereby ORDERS that BRANDON

13 PORTER be RELEASED from custody subject to all terms and conditions of

14 his probation.  The defendant is ordered to appear in the United States

15 District Court for the Western District of Texas, Midland-Odessa

16 Division, before U.S. Magistrate Judge David Counts on November 10,

17 2010 at 10:00 A.M..

18      However, for the reasons discussed on the record at the

19 hearing, this order is stayed until Tuesday, October 26, 2010, at 4:00

20 p.m. (PST), to permit the government time to seek review of this order,

21 if it so desires, by the assigned District Judge in the United States

22 District Court for the Western District of Texas.

23      IT IS SO ORDERED.

24 DATED: October 21, 2010.

25

26

27 dad1
   Crim.10mj314

28

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2