**FILED**
October 25, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>                        Plaintiff,            )<br>v.                                                              )<br>                                                                )<br>BRANDON PORTER,                          )<br>                                                                )<br>                        Defendant.         ) | Case No. 2:10-MJ-00314-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRANDON PORTER</u>, Case No. <u>2:10-MJ-00314</u>, Charge <u>Probation Violation</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    ✔    (Other)    <u>Defendant shall comply with with all terms and conditions of probation as they remain in effect. Defendant ordered to appear in USDC, Western District of Texas on 11/10/10 at 10:00 AM.</u>

Issued at <u>Sacramento, CA</u> on <u>October 25, 2010</u> at _____*1:00*_____ pm  .

By  *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge